FILED

2018 JUN 20 AM 10: 47

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | CASE NO. 3:18 CR 311 |
| v. | ) | |
| | ) | Title 8, Sections 1326(a) and (b), |
| CUTBERTO GALLARDO-TRUJILLO aka | ) | United States Code |
| PABLINO ALFARO-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | | JUDGE ZOUHARY |

COUNT 1

(Illegal Reentry, in violation of 8 U.S.C. Section 1326)

The Grand Jury charges:

On or about June 5, 2018, in the Northern District of Ohio, Western Division, the Defendant, CUTBERTO GALLARDO-TRUJILLO AKA PABLINO ALFARO-HERNANDEZ, an alien and citizen of Mexico, was found in the United States after having been denied, excluded, deported and removed from the United States on two prior occasions to wit: on or about March 26, 1994 and July 2, 2003 and who was previously convicted of Delivery of a Controlled Substance (Cocaine), in the Superior Court of Washington for Snohomish County,

case number 98-1-00163-6, on or about May 13, 1998, was found in the United States having not obtained the express consent of the Attorney General of the United States or his or her successor, or the Secretary for Homeland Security (6 U.S.C. §§ 202(3), (4) and 557), to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.